| Date | Pleading Number | |
|---|---|---|
| 12/16/70 | | ORDER TO SHOW CAUSE. (A-1 thru A-6 & 4a). Sent to involved judges and counsel. |
| 12/21/70 | | HEARING ORDER Entered. Sent to Judges and Hearing Clerk |
| | | NOTICE OF HEARING Mailed to Counsel 1/22/71 SFRAN |
| 12/28/70 | 1 | Reply of ~~pl~~. Chambers & Kennedy. |
| 12/29/70 | 2. | Reply of Esther Marie Love. (A-1) |
| 12/30/70 | 3. | Response of pltfs. Joyce C. Nunez, et al. |
| 12/30/70 | 4. | Reply of Drilling Engineering, Inc. |
| 1/4/71 | 5. | Reply of Chapman Contracting Service & Home Ins. Co. |
| 1/4/71 | 6. | Reply of Dearborn Marine and Thoroughbred Marine, Co. and Freeport Operators |
| [illegible] | [illegible] | [illegible] |
| 1/5/71 | 7 | Reply of Drilling Engineering, Inc. |
| 1/7/71 | 8 | Melancon (P) Brief in opposition to transfer with supporting ltrs. Orig. filed (E.D. La.) |
| 1/12/71 | | ORDER entered amending OSC 12/16/70 sent to counsel and involved judges and Hearing clerk (ADDING B-1 & 2) |
| 2/17/71 | | OPINION AND ORDER entered today denying transfer. |

OPINION AND ORDER 322 F. SUPP. 1405 (1971)

DOCKET NO. 63

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

IN RE GALVESTON, TEXAS OIL PLATFORM EXPLOSION LITIGATION transfer denied 2/17/71

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | In The Matter of the Complaint of Dearborn Marine Service, Inc., C-W-D, Inc. and Thoroughbred Marine Service, Inc. for Exoneration From or Limitation of Liability of the Oil Screw "Carryback" | Texas, S.D. 70-G-113 | Noel | | |
| A-2 | Chambers & Kennedy v. Drilling Engineering, Inc., et al. | S.D. Texas 70-H-713 | Hannay | | |
| A-3 | Roy Melancon v. Drilling Engineering, Inc., et al. | ~~E.~~W.D. Louisiana ~~70-2563~~ 16404 | Putnam ~~Mitchell~~ | (*) | Lafayette ~~New Orleans~~ Div. ~~16404~~ |
| A-4 (*) | Ilaine B. Campbell, etc. v. Drilling Engineering, Inc., et al. | ~~E.~~W.D. Louisiana ~~70-2585~~ 16405 | Putnam ~~Heebe~~ | (*) | " " |
| A-5 | Clemille Credeur & Beulah Hardin v. Travelers Insurance Company, et al. | W.D. Louisiana 15878 | Putnam | | Lafayette Div. |
| ~~A-6~~ | ~~Drilling Engineering, Inc. v. Chambers & Kennedy~~ Remanded To State Court | ~~W.D. Louisiana~~ 16133 | Putnam | | ~~" "~~ |
| (*) A-4a | Joyce C. Nunez, etc. v. Drilling Engineering, Inc., et al. | ~~E.~~W.D. Louisiana ~~70-2586~~ 16406 | Putnam ~~Boyle~~ | (*) | ~~New Orleans~~ Div. |
| B-1 | Webster Barnwell Armstrong, III, etc. v. Chambers & Kennedy, et al. | S.D. Texas 70-H-1171 | Singleton | | |
| B-2 | Leo Meaux, etc. v. Chapman Contracting Service Co., Inc., et al. | W.D. Louisiana 16305 | Putnam | | Lafayette |
| B-3 | Lucille Monk, et al. v. Chambers & Kennedy, et al. | S.D. Texas 71-G-3 | Noel | | |

(*) Transferred by Judge Mitchell to the W.D. Louisiana on 12/30/70.

Dismissed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 63 -- IN RE GALVESTON, TEXAS OIL PLATFORM EXPLOSION LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| CLAIMANT MRS. WILLIAM MONK<br>John N. Barnhart, Esquire<br>Mandell & Wright<br>1901 First National Bank Building<br>Houston, Texas 77002 | DRILLING ENGINEERING, INC.<br>Warren D. Rush, Esquire<br>Bean & Rush<br>Post Office Box 789<br>Lafayette, Louisiana |
| CLAIMANT ESTHER MARIE LOVE, ETC., ET AL.<br>Robert H. Roch, Esquire<br>Fisher, Roch, Blackstock, McClendon & Gallagher<br>610 Houston Bar Center Building<br>723 Main Street<br>Houston, Texas 77002 | HOME INDEMNITY<br>CHAPMAN CONTRACTING SERVICE CO., INC.<br>Edward W. Watson, Esquire<br>Eastham, Watson, Dale & Forney<br>521 U. S. National Bank Building<br>Galveston, Texas 77550 |
| CLAIMANTS JOYCE C. NUNEZ, ET AL., ILAINE B. CAMPBELL, ET AL., ROY MELANCON<br>William P. Rutledge, Esquire<br>Domengeaux, Wright & Bienvenu<br>320 West Main Street<br>Post Office Box 3668<br>Lafayette, Louisiana 70501 | HARTFORD ACCIDENT & INDEMNITY CO. (DRILLING ENGINEERING, INC.) CLAIMANT JAMES EDWARD GAMBLE<br>A. J. Watkins, Esquire<br>Watkins, Hamilton & Kolb<br>443 The Main Building<br>Houston, Texas 77002 |
| CLAIMANT ALICE FAYE CASSEL<br>William D. Hunter, Esquire<br>Lippman, Hunter & Rawls<br>Post Office Box 2526<br>Morgan City, Louisiana 70380 | CHAMBERS & KENNEDY<br>Frank G. Harmon, Esquire<br>Baker, Botts, Shepherd & Coates<br>1600 The Esperson Building<br>Houston, Texas |
| CLAIMANT HEIRS OF ESTATE OF WEBSTER B. ARMSTRONG, JR.<br>Warner F. Drock, Esquire<br>Brock & Williams<br>Suite 250, The Main Building<br>Houston, Texas 77002 | DEARBORN MARINE SERVICE: CWD, INC.: THOROUGHBRED MARINE SERVICE: FREEPORT OPERATORS, INC.<br>L. Glen Kratochvil, Esquire<br>Schirmeyer & Kratochvil<br>761 San Jacinto Building<br>Houston, Texas 77002 |
| CLEMILLE CREDEUR & BEULAH HARDIN<br>Nolan J. Edwards, Esquire<br>Edwards, Edwards & Broadhurst<br>Post Office Box 504<br>Crowley, Louisiana 70526 | EMPLOYERSREINSURANCE CORP.<br>EMPLOYERS SURPLUS LINES INSURANCE CO.<br>H. Lee Leonard, Esquire<br>Voorhies, Labbe, Fontenot, Leonard & McGlasson<br>Post Office Box 3527<br>Lafayette, Louisiana |
| LEO MEAUX<br>Emile A. Carmouche<br>P.O. Box 605<br>Crowley, Louisiana 70526 | over |

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| TRAVELERS INSURANCE CO.<br>Donald L. King, Esquire<br>Jones, Walker, Waechter, Pointevent, Carrerre & Denegre<br>225 Baronne Street, 28th Floor<br>New Orleans, Louisiana<br><br>ZAPATTA OFFSHORE COMPANY<br>MARKET INDEMNITY CO.<br>W. Eugene Davis, Esquire<br>Caffery, Duhe & Davis<br>Post Office Box 789<br>New Iberia, Louisiana | |

16

DOCKET NO. 63

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE GALVESTON, TEXAS OIL PLATFORM EXPLOSION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | L. Glen Kratochvil, Esquire<br>Schirmeyer & Kratochvil<br>761 San Jacinto Building<br>Houston, Texas 77002 | CLAIMANT MRS. WILLIAM MONK<br>Sidney Ravkind, Esquire<br>Mandell & Wright<br>1901 First Nat'l Bank Bldg.<br>Houston, Texas 77002<br>CLAIMANT ESTHER MARIE LOVE, ETC., ET AL.<br>Robert H. Roch, Esquire<br>Fisher, Roch, Blackstock, McClendon & Gallagher<br>610 Houston Bar Center Bldg.<br>723 Main Street<br>Houston, Texas 77002<br>CLAIMANT JOYCE C. NUNEZ, ET AL., ILAINE B. CAMPBELL, ET AL. & ROY MELANCON<br>William P. Rutled, Esquire<br>Domengeaux, Wright & Bienvenu<br>320 West Main Street<br>Post Office Box 3668<br>Lafayette, Louisiana 70501<br>CLAIMANT ALICE FAYE CASSEL<br>William D. Hunter, Esquire<br>Lippman, Hunter & Rawls<br>Post Office Box 2526<br>Morgan City, Louisiana 70380<br>Also Robert H. Roch (above)<br>CLAIMANT HEIRS OF EST. OF WEBSTER B. ARMSTRONG, JR., DECEASED<br>Warner F. Brock, Esquire<br>Brock & Williams<br>Suite 250, The Main Building<br>1212 Main Street<br>Houston, Texas 77002<br>CLAIMANTS CHAMBERS & KENNEDY, ET AL.<br>Frank G. Harmon, Esquire<br>Baker, Botts, Shepherd & Coates<br>1600 Esperson Building<br>Houston, Texas 77002<br>CLAIMANTS JAMES EDWARD GAMBLE, DRILLING ENGINEERING, INC.<br>A. J. Watkins, Esquire<br>Watkins, Hamilton & Kolb<br>443 The Main Building<br>Houston, Texas 77002 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-2 | Baker, Botts, Shepherd & Coates (Address as above) | ~~HOME INDEMNITY CO.~~ CHAPMAN CONTRACTING SERVICE, INC. Ed Watson, Esquire Eastham, Watson, Dale & Forney 521 U. S. National Bank Bldg. Galveston, Texas |
| A-3 A-4 A-4a | William P. Rutledge (Address as above); also O. H. Deshotels, Jr., Esquire 309 N. Irving Avenue Kaplan, Louisiana 70548 | CHAMBERS & KENNEDY TRAVELERS INS. CO. Donald L. King, Esquire Jones, Walker, Waechter, Poitevent, Carrere & Denegre 225 Baronne St., 28th Floor New Orleans, Louisiana DRILLING ENGINEERING HARTFORD ACCIDENT & INDEMNITY CO. Geroge B. Matthews, Inc. Lemle, Kelleher, Kohlmeyer, Matthew Schumacher 1800 N.B.C. Building New Orleans, Louisiana 70112 |
| A-5 | Nolan J. Edwards, Esquire Edwards, Edwards & Broadhurst Post Office Box 504 Crowley, Louisiana 70526 | CHAMBERS & KENNEDY, INC. ZAPATTA OFFSHORE COMPANY TRAVELERS INSURANCE COMPANY MARKET INDEMNITY CO. Baker, Botts, Shepherd & Coates (Address as above); also W. Eugene, Davis, Esquire Caffery, Duhe & Davis Post Office Box 789 New Iberia, Louisiana DRILLING ENGINEERING, INC. HARTFORD ACCIDENT & INDEMNITY CO. Lemle, Kelleher, Kohlmeyer, Matthews & Schumacher (Address as above) DEARBORN MARINE SERVICE, INC. CWD, INC. THOROUGHBRED MARINE SERVINCE, INC. Glen L. Kratochvil, Esquire (Address as above) EMPLOYERS REINSURANCE CORPORATION EMPLOYERS SURPLUS LINES INSUANCE CO. H. Lee Leonard, Esquire Voorhies, Labbe, Fontenot, Leonard & McGlasson Post Office Box 3527 Lafayette, Louisiana |
| A-6 | Warren D. Rush, Esquire Bean & Rush Post Office Box 789 Lafayette, Louisiana | Baker, Botts, Shepherd & Coates Caffery, Duhe & Davis (Addresses as above) |

DOCKET NO. 63

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

IN RE GALVESTON, TEXAS OIL PLATFORM EXPLOSION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Warner F. Brock, Esquire<br>Brock & Williams<br>250 The Main Building<br>Houston, Texas 77002 | CHAMBERS & KENNEDY<br>Same as A-1 claimant (Baker firm)<br>FREEPORT OPERATOR<br>Same as A-1 plf. (Kratochvil) |
| B-2 | Hugh E. Brunson<br>507 W. Court Circle<br>P.O. Box 448<br>Crowley, Louisiana 70526<br><br>Emile A. Carmouche<br>P.O. Box 605<br>Crowley, Louisiana 70526 | Lemler, Kelleher, Kohlmeyer, Matthews Schumacher<br>Same as A-4a<br><br>Ed. Watson, Home Indemnity same as Chapman Contracting |
| B-3 | Same as A-1 (Claimant Monk) | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 63 -- IN RE GALVESTON, TEXAS OIL PLATFORM EXPLOSION LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| DRILLING ENGINEERING, INC. | A-2 3-5; B-2; [illegible] |
| CHAPTMAN CONTRACTCING SERVICE, INC. | A-2 3; B-2; B-3 |
| HARTFORD ACCIDENT & INDEMNITY CO. | A-3-4-4a-5; B-2 |
| CHAMBERS & KENNEDY | A-3-4-4A-5-6; B-1; B-2; B-3 |
| TRAVELERS INSURANCE CO. | A-3-4-4a-5 |
| ZAPATTA OFFSHORE CO. | A-5; B-2 |
| DEARBORN MARINE SERVICE | A-5 |
| CWD, INC. | A-5 |
| THOROUGHBRED MARINE SERVICE | A-5 |
| MARKET INDEMNITY CO. | A-5; B-2 |

| | |
|---|---|
| EMPLOYERS REINSURANCE CORP. | A-5 ; B-2 |
| EMPLOYERS SURPLUS LINES INSURANCE CO. | A-5 ; B-2 |
| FREEPORT OPERATORES, INC. | B-1 ; B-3 |
| HOME INDEMNITY | B-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |